DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STANDARD FIRE INSURANCE COMPANY,**
Appellant,

v.

**EDITH LYNN SUROVEK,**
Appellee.

No. 4D21-3458

[April 13, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James Nutt, Judge; L.T. Case No. 502019CA005032.

Jack R. Reiter and Robert C. Weill of Gray Robinson, P.A., Miami, for appellant.

Kara Rockenbach Link and Daniel M. Schwarz of Link & Rockenbach, PA, West Palm Beach, Brian R. Denney of Searcy Denny Scarola Barnhart & Shipley, P.A., West Palm Beach, and Matthew T. Christ and Fred A. Cunningham of Domnick Cunningham & Whalen, Palm Beach Gardens, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., DAMOORGIAN and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***